## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Linda Z. Sperberg, | Civil No. 08-6139 (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Vija Brown, | |
| Defendant. | |

_____

The above-entitled matter comes before the Court upon the February 2, 2009, Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS ORDERED** that:

1. The Report and Recommendation (Doc. No. 5) is **ADOPTED**;

2. Plaintiff's Application To Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> (Doc. No. 2) is **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: March 17, 2009

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge